# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUKHAMADII ABDUVAKHIDOV, | Case No. 1:25-cv-01060-EPG-HC |
| Petitioner, | ORDER DIRECTING RESPONDENTS TO FILE CERTIFICATE OF SERVICE |
| v. | |
| WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner is an immigration proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 5, 2026, the Court ordered the parties to file supplemental briefs, with Respondents' brief due within fourteen days and Petitioner's response due twenty-one days after service of Respondents' brief. (ECF No. 14.) On January 15, 2026, Respondents filed a supplemental brief. (ECF No. 15.)

Rule 135 of the the Local Rules of Practice for the United States District Court, Eastern District of California, provides in pertinent part:

> **(b) Conventional Service.** If persons are not registered for the CM/ECF system, e.g., prisoners or pro se parties, the Notice will identify the persons who were not electronically served. Persons who were not electronically served must be conventionally served. Counsel shall serve these persons in accordance with the appropriate Federal Rules of Procedure.

> **(c) Proof of Service for Paper Documents.** When service of any pleading, notice, motion, or other document is required under Rule 135(b), proof of such service shall be endorsed upon or affixed to the original of the document when it is lodged or filed. Except for ex parte matters, a paper document shall not be submitted for filing unless it is accompanied by a proof of service. Proof of service shall be under penalty of perjury and shall include the date, manner and place of service.

L.R. 135(b)–(c).

Petitioner is currently in immigration detention, and thus, he must be conventionally served. However, no certificate of service was attached to Respondents' supplemental brief. (ECF No. 15.)

Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of service this order, Respondent SHALL file a certificate of service of Respondents' supplemental brief with the Court.

IT IS SO ORDERED.

Dated:    **January 16, 2026**                    /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE

2