# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUKHAMADII ABDUVAKHIDOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX<br>DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:25-cv-01060-EPG-HC<br><br>ORDER SETTING SUPPLEMENTAL<br>BRIEFING SCHEDULE<br><br>(ECF No. 22) |

Pursuant to the parties' stipulation, (ECF No. 22), the Court hereby orders the following supplemental briefing schedule regarding Petitioner's Habeas Petition:

**Petitioner will file a Supplemental Brief by**: March 12, 2026

**Respondents will file any Reply by**: March 19, 2026

IT IS SO ORDERED.

Dated:   **March 5, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE