# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUKHAMADII ABDUVAKHIDOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:25-cv-01060-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS TO TRANSFER PETITIONER BACK TO THE EASTERN DISTRICT OF CALIFORNIA |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 9, 10, 12.)

On March 9, 2026, the Court granted Petitioner's motion for temporary restraining order and ordered Respondents not to remove Petitioner from the United States. (ECF No. 26.) The Court held a status conference,[1] and counsel for Respondents informed the Court that Petitioner was not removed from the United States and is currently being held in Louisiana. For the reasons stated in the order granting the motion for temporary restraining order, the Court will order that Petitioner be transferred back to the Eastern District of California.

///

///

---

[1] Counsel for Petitioner did not appear at the status conference.

1

Accordingly, the Court HEREBY ORDERS that:

1. Respondents SHALL TRANSFER Petitioner back to the Eastern District of California as soon as possible;

2. The March 5, 2026 supplemental briefing schedule (ECF No. 23) is VACATED; and

3. Within seven (7) days of the date of service of this order, the parties SHALL file a joint proposed briefing schedule.

IT IS SO ORDERED.

Dated:    **March 9, 2026**                    /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE

2