Cara Jobson (CSB #218400)
cara@wileyjobson.com
Wiley & Jobson, LLP
P.O. Box 459
Berkeley, CA 94701
Tel.: (415) 627-9161

Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abduvakhidov, | Case No.1:25-cv-01060-EPG |
| | JOINT BRIEFING SCHEDULE |
| Petitioner | |
| v. | |
| Warden, et al | |
| Respondents. | |

Pursuant to the Court's Order issued on March 9, 2026 (ECF. No. 29) the parties have conferred and agreed on the following briefing schedule:

Petitioner intends to request leave from the Court to amend the pro se habeas petition given the new legal issues presented.

Counsel for Respondents stipulates to Petitioner amending the Petition.

Petitioner will file his motion for leave to amend, his amended habeas petition, and his briefing on the habeas on or before: March 20, 2026

Respondents will file their response by: March 30, 2026

Date: March 11, 2026        Respectfully submitted,


/s/ Cara Jobson

_____

Cara Jobson
Wiley & Jobson
Attorney for Petitioner

/s/ Jonathan Yu [*auth* 03/10/2026]

_____

Jonathan Yu
Special Assistant United States Attorney

## ORDER

Pursuant to the parties' stipulation, the Court hereby orders the following briefing schedule regarding Petitioner's Habeas Petition:

**Petitioner will file an Amended Habeas Petition and Supplemental Briefing:** March 20, 2026

**Respondents' Opposition to Petitioner's Habeas/Supplemental Briefing:** March 30, 2026

IT IS SO ORDERED.

Dated:    __**March 11, 2026**__        _____/s/ _Erica P. Grosjean_____
                                         UNITED STATES MAGISTRATE JUDGE