# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MUKHAMADII ABDUVAKHIDOV,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY, et al.,

Respondents.

Case No. 1:25-cv-01060-EPG-HC

ORDER RE: TRAVERSE

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241. The parties have consented to the jurisdiction of a United States magistrate judge. (ECF Nos. 9, 10, 12.)

On March 10, 2026, the parties filed a stipulation regarding a proposed briefing schedule. (ECF No. 31.) On March 11, 2026, the Court adopted the proposed schedule and ordered that Petitioner file an amended petition by March 20, 2026, and Respondents file a response by March 30, 2026. (ECF No. 32.) On March 19, 2026, Petitioner filed a first amended petition ("FAP"), and on March 30, 2026, Respondents filed an answer. (ECF Nos. 34, 37.)

///

///

///

1

The Court HEREBY ORDERS that Petitioner MAY FILE a traverse within **SEVEN (7) days** of the date of service of this order. If no traverse is filed, the FAP and answer are deemed submitted at the expiration of the seven days.

IT IS SO ORDERED.

Dated:    **April 1, 2026**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2